# EXHIBIT A

**JUDGE JAMES V. SELNA**
**PRESUMPTIVE SCHEDULE OF PRETRIAL DATES**

| Matter | Time | Weeks before trial | Plaintiff's Request (Insert specific date) | Defendant's Request (Insert specific date) | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) [court] Estimated length: 4 days | 8:30 a.m. (Tuesdays) | | 07/25/17 | 07/25/17 | |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | −1 | 07/18/17 | 07/18/17 | |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed–to Statement of Case | 11:00 a.m. (Mondays) | −2 | 07/10/17 | 07/10/17 | |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | −3 | 07/03/17 | 07/03/17 | |
| Last day for hand–serving Motions in Limine | | −6 | 06/12/17 | 06/12/17 | |
| Last day for hearing motions | 1:30 p.m. (Mondays) | −7 | 06/05/17 | 06/05/17 | |
| Last day for hand–serving motions and filing (other than Motions in Limine). | | −11 | 05/08/17 | 05/08/17 | |
| Non–expert Discovery cut–off | | −15 | 04/28/17 | 04/28/17 | |

ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE

L.R. 16–14 Settlement Choice:   (1) [CT/USMJ]   (2) Court Mediation Panel   (3) Private ADR

| | | | | | |
|---|---|---|---|---|---|
| Expert discovery cut–off | | | 05/31/17 | | |
| Rebuttal Expert Witness Disclosure | | | 04/18/17 | | |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | | 03/18/17 | | |
| Last day to conduct Settlement Conference | | | | | |
| Last day to amend pleadings or add parties | | | | | |

Revised 4–14–16